MARSHALL DENNEHEY, P.C.
BY: Christopher J. DiCicco, Esquire
15000 Midlantic Drive ◘ Suite 200
P.O. Box 5429
Mt. Laurel, NJ 08054
☎ 856-675-3606    📠 856-414-6077
✉ cjdicicco@mdwcg.com
Attorneys for Defendant, Peter Sharkey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DANIELLE ROBINSON,

                Plaintiff,

-against-

PETER SHARKEY,

                Defendant.
-------------------------------------------------------------------X

Civil Action No.: 3:24-cv-924 (GTS/ML)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that this action, including any and all claims that were brought or could have been brought herein, are dismissed in their entirety, *with prejudice* and without costs as to any party.

MARSHALL DENNEHEY, P.C.

_____
Christopher J. DiCicco, Esquire
Attorneys for Defendant,
Peter Sharkey

DATED: 7/23/25

HINMAN, HOWARD & KATTELL, LLP

_____
Jeffrey A. Jaketic, Esquire
Attorneys for Plaintiff,
Danielle Robinson

DATED: 7/2/2025

**SO ORDERED:**

_____
Glenn T. Suddaby
U.S. District Judge

Dated: July 28, 2025